UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEL MARIN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN SAXE, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:25-cv-01239-JES-BLM<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION TO EXTEND TIME TO RESPOND TO ORDER TO SHOW CAUSE; and**<br><br>**(2) DENYING MOTION TO STAY CASE**<br><br>**[ECF No. 4]** |

　　　　On June 30, 2025, the Court issued an Order to Show Cause ("OSC") why the case should not be dismissed for lack of subject matter jurisdiction. ECF No. 3. Plaintiff was given until July 18, 2025, to respond to the OSC. *Id*. at 3. On July 18, 2025, Plaintiff promptly responded requesting either an extension of time to respond to the OSC or a stay of the case for two reasons. ECF No. 4.

　　　　First, Plaintiff indicated that he received the OSC just two days prior to the response deadline and has not had time to amend the complaint. *Id*. at 1. Second, Plaintiff indicated he is no longer the plaintiff in this action because he is a debtor in bankruptcy. *Id*. He filed for bankruptcy on December 9, 2024, before he filed this action. *Id*.

1

As to the first reason, finding good cause, the Court **GRANTS** Plaintiff's request for an extension to file his response to the OSC. Pertaining to the request for a stay of this case, Plaintiff's debtor Chapter 13 bankruptcy case was dismissed as to him on May 30, 2025. *See In re Marin*, Case No. 24-04690-JBM13, ECF No. 169. His motion for reconsideration of that dismissal was denied on July 23, 2025. *Id.*, ECF No. 204. Therefore, Plaintiff's request for a stay of this case is **DENIED**.

Thus, the Court **ORDERS PLAINTIFF TO SHOW CAUSE** as to why this action should not be dismissed for lack of federal subject matter jurisdiction. Plaintiff must file a written response to this Order to Show Cause ("OSC") by **August 29, 2025**. All factual representations submitted with Responses to this Order to Show Cause must be supported by declarations signed under penalty of perjury. Further, the Court reminds Plaintiff that in his Chapter 13 bankruptcy proceeding, he declared to the Court that he was a resident of San Diego. *Id.*, ECF No. 1 at 2. The Court cautions that failure to respond to the OSC may result in this case being dismissed.

**IT IS SO ORDERED.**

Dated: July 29, 2025

Honorable James E. Simmons Jr.
United States District Judge